**SEALED**

1  DANIEL G. BOGDEN
   United States Attorney
2  PATRICK M. WALSH
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, NV 89101
   702-388-6050
5  FAX #702-388-6698

6

7                    UNITED STATES DISTRICT COURT

8                           DISTRICT OF NEVADA

9

10 | UNITED STATES OF AMERICA,    )   2:06-cr-121
                                  )   8:06cr260
11 |        Plaintiff,             )
                                  )   STIPULATION TO CONTINUE
12 | vs.                           )   ARRAIGNMENT/PLEA
                                  )
13 | SANDRA CLAUDIO,               )
                                  )
14 |        Defendant.             )
   |_____)

15
   **IT IS HEREBY STIPULATED AND AGREED**, by and between DANIEL G.
16
   BOGDEN, United States Attorney, and PATRICK M. WALSH, Assistant United States
17
   Attorney, counsel for the United States of America, and ALAN STOLER, ESQ., counsel
18
   for defendant **CLAUDIO**, that the arraignment/plea in the above-captioned matter, currently
19
   scheduled for June 2, 2006, at the hour of 10:30 a.m., be vacated and continued for sixty
20
   days, or to a date and time to be set by this Honorable Court.
21
          This stipulation is entered into for the following reasons:
22
   1.     The parties are trying to resolve this case under Rule 20.
23
   2.     Denial of this request for continuance of the arraignment/plea hearing
24
   would prejudice both the defendant and the Government and unnecessarily consume this
25
   Court's valuable resources, taking into account the exercise of due diligence.
26

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 6th day of June, 2006.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

ALAN STOLER, ESQ.
Counsel for defendant
SANDRA CLAUDIO

PATRICK M. WALSH
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-cr-121-KJD |
| Plaintiff, ) | |
| ) | **ORDER CONTINUING** |
| vs. ) | **ARRAIGNMENT/PLEA** |
| ) | |
| SANDRA CLAUDIO, ) | |
| Defendant. ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

**IT IS HEREBY ORDERED** that the Arraignment/Plea in the above-captioned matter currently scheduled for June 2, 2006, at the hour of 10:30 a.m., be vacated and continued to ___July 28___, ___2006___, at the hour of ___10:30 a.___ . m.

DATED this ___7th___ day of June, 2006.

/S/ KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 8.8.06 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
By _____ Deputy Clerk