SEALED

1 | DANIEL G. BOGDEN
United States Attorney
2 | PATRICK M. WALSH
Assistant United States Attorney
3 | 333 Las Vegas Boulevard South
Suite 5000
4 | Las Vegas, NV 89101
702-388-6050
5 | FAX #702-388-6698

2006 JUL 28  A 9: 26

6

7 |                UNITED STATES DISTRICT COURT

8 |                     DISTRICT OF NEVADA

9

10 | UNITED STATES OF AMERICA,        )   2:06–cr-121
                                     )   8:06CR260
11 |          Plaintiff,             )
                                     )   STIPULATION TO CONTINUE
12 |     vs.                         )   ARRAIGNMENT/PLEA
                                     )
13 | SANDRA CLAUDIO,                 )   (Second Request)
                                     )
14 |          Defendant.             )
                                     )

15 |
         **IT IS HEREBY STIPULATED AND AGREED**, by and between DANIEL G.
16 |
BOGDEN, United States Attorney, and PATRICK M. WALSH, Assistant United States
17 |
Attorney, counsel for the United States of America, and ALAN STOLER, ESQ., counsel
18 |
for defendant **CLAUDIO**, that the arraignment/plea in the above-captioned matter, currently
19 |
scheduled for July 28, 2006, at the hour of 10:30 a.m., be vacated and continued for sixty
20 |
days, or to a date and time to be set by this Honorable Court.
21 |
         This stipulation is entered into for the following reasons:
22 |
         1.      The final paperwork is being prepared to send this case to the District
23 |
of Nebraska under Rule 20.
24 |
         2.      Denial of this request for continuance of the arraignment/plea hearing
25 |
would  prejudice both the defendant and the Government and unnecessarily consume this
26 |
Court's valuable resources, taking into account the exercise of due diligence.

07-27-2006   15:28   From-LAS VEGAS NARC & VIOLENT CRIMES   +   T-237   P.004/005   F-430

1           3.   Additionally, denial of this request for continuance could result in a

2   miscarriage of justice.

3           4.   This is the second request for continuance of the Arraignment and Plea.

4           DATED this 28th day of July, 2006.

5                                Respectfully submitted,

6                                DANIEL G. BOGDEN
                             United States Attorney

7

8

9   ALAN STOLER, ESQ.           PATRICK M. WALSH

10   Counsel for defendant         Assistant United States Attorney
SANDRA CLAUDIO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                             3

Case 2:06-cr-00121-KJD-RJJ *SEALED*   Document 7   Filed 07/31/2006   Page 4 of 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-121-KJD |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **ARRAIGNMENT/PLEA** |
| SANDRA CLAUDIO, | ) | |
| Defendant. | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

**IT IS HEREBY ORDERED** that the Arraignment/Plea in the above-captioned matter currently scheduled for July 28, 2006, at the hour of 10:30 a.m., be vacated   and continued to _Tuesday, September 5, 2006_, at the hour of ___9:00___ a.m.

DATED this ___31st___ day of July, 2006.

/S/ KENT J. DAWSON

UNITED STATES DISTRICT JUDGE

I hereby attest and certify on ___9-5-06___
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
By_____ Deputy Clerk